# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, | ) |
| Plaintiff, | ) ) ) ) Case No. 1:21-cv-00821-RGA |
| v. | ) ) |
| CADENCE BANCORPORATION, PAUL B. MURPHY, JR., JOSEPH W. EVANS, MARC J. SHAPIRO, J. RICHARD FREDERICKS, WILLIAM B. HARRISON, JR., VIRGINIA A. HEPNER, PRECIOUS W. OWODUNNI, KATHY N. WALLER, and J. THOMAS WILEY JR., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 10, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*